No. 81–679. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, SILVERGATE DISTRICT LODGE 50 *v.* ANDERSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–683. MAYFAIR SUPERMARKETS, INC. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–688. TALBERT *v.* CITY OF RICHMOND ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–692. STONECIPHER *v.* BRAY ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–703. GAINES *v.* HAUGHTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–717. CORDOVA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–736. BURLINGTON NORTHERN RAILROAD CO., SUCCESSOR IN INTEREST TO ST. LOUIS-SAN FRANCISCO RAILWAY CO. *v.* DUNN. Sup. Ct. Mo. Certiorari denied.

No. 81–760. BILL HAMES SHOWS, INC. *v.* J. J. TAYLOR SYNDICATE #173 ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–764. EAST-WEST TOWING CO., INC., ET AL. *v.* AVONDALE SHIPYARDS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–786. BRAMS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied.

No. 81–792. HINDS ET AL. *v.* CONSOLIDATED RAIL CORP. ET AL. Sp. Ct. R. R. R. A. Certiorari denied.